

**U. S. Department of Justice**

***Robert J. Higdon, Jr.***
*United States Attorney*
*Eastern District of North Carolina*

*Terry Sanford Federal Building*      *Telephone (919) 856-4530*
*310 New Bern Avenue*                 *Criminal FAX (919) 856-4487*
*Suite 800*                           *Civil FAX (919) 856-4821*
*Raleigh, North Carolina 27601-1461*  *www.usdoj.gov/usao/nce*

## M E M O R A N D U M

DATE:      July 31, 2018

TO:        Clerk's Office
           United States District Court
           Eastern District of North Carolina
           Raleigh, North Carolina

REPLY TO:  Robert J. Higdon, Jr.
           United States Attorney

ATTN OF:   SEBASTIAN KIELMANOVICH**SK**
           Assistant United States Attorney

SUBJECT:   UNITED STATES v. KAORU SAULS, a/k/a "Kaoru Wada"
           No. 7:18-CR-131-BO    SOUTHERN DIVISION


Please issue a warrant for the arrest of the above-named defendant and place same, together with a certified copy of the Indictment, in the hands of the U.S. Marshal for service. Also, please return a certified copy of the Indictment to this office and the U.S. Pretrial Services Office.

The warrant should be returnable before the U.S. Magistrate Judge.


SK:jk

cc:  US Marshal Service
     US Probation Office