AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

UNITED STATES OF AMERICA

V.

KAORU SAULS

**SEALED**
**WARRANT FOR ARREST**

**CRIMINAL CASE: 7:18-CR-131-BO**

To: The United States Marshal and any Authorized United States Officer. YOU ARE HEREBY COMMANDED to arrest

**KAORU SAULS** and he/she shall be brought before the nearest Magistrate/Judge to answer an

_ X _ SEALED Indictment _____ Superseding Indictment _____ Criminal Information__Complaint

_____ Order of Court: ___ Violation Notice___Probation Violation Petition charging him/her with:

Count 1 - 18 U.S.C. § 1015(f): False statement and claim of United States Citizenship in order to register to vote

Count 2 - 18 U.S.C. § 611(a): Voting by an alien

Peter A. Moore, Jr.
Name of Issuing Officer

Signature of Issuing Officer

Clerk of Court
Title of Issuing Officer

August 1, 2018 - WILMINGTON, NORTH CAROLINA
Date and Location

Recommended Bond: DETENTION

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above named defendant at | | |
| DATE RECEIVED 8/2/18 | NAME AND TITLE OF ARRESTING OFFICER | NAME AND TITLE OF ARRESTING |
| DATE OF ARREST 8/23/18 | J. Torrens, ICE | |

FILED

AUG 2 4 2018

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK